UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JIRIES ABU-JOUDEH,

    Plaintiff,

v.

HEATHER SCHNEIDER,
RICK SEBRING, SCOTT SHEETS,
MICHAEL EDWARDS, PATRICK LEAVECK,
and BEST RECOVERY SERVICES, LLC

    Defendants.

Case No.

Hon.

---

BEN M. GONEK (P43716)
Law Offices of Ben Gonek, PLLC
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI 48226
(313) 963-3377

---

## COMPLAINT AND JURY DEMAND

NOW COMES, the Plaintiff, JIRIES ABU-JOUDEH, by and through his attorney, BEN M. GONEK, and for his Complaint states as follows:

1. Plaintiff, JIRIES ABU-JOUDEH ("ABU-JOUDEH") asserts a 42 U.S.C. §1983 claim for an unlawful search and seizure made without probable cause in violation of his Fourth Amendment rights to the United States Constitution.

1

Plaintiff is seeking damages sustained from the complained of incident that occurred November 20, 2014.

2. Plaintiff, ABU-JOUDEH, also asserts a 42 U.S.C. §1985 claim for conspiracy to interfere with civil rights in violation of the United States Constitution. Plaintiff is also seeking damages for the complained of incident that occurred November 20, 2014.

## JURISDICTION AND VENUE

3. Jurisdiction is vested in the United States District Court pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343 and 28 U.S.C. §1367.

4. Venue is appropriate in the Eastern District of Michigan, Southern Division, pursuant to 28 U.S.C. §1391. Further, the events that gave rise to this lawsuit occurred in Saint Clair County, Michigan.

## PARTIES

5. Plaintiff, JIRIES ABU-JOUDEH ("ABU-JOUDEH") is a resident of the State of Michigan, County of Saint Clair.

6. Defendant HEATHER SCHNEIDER ("SCHNEIDER") is a resident of the State of Michigan. Upon information and belief Defendant SCHNEIDER is a resident of the County of Saint Clair.

7. Defendant RICK SEBRING ("SEBRING") is a resident of the State of Michigan. Upon information and belief Defendant SEBRING is a resident of the County of Saint Clair.

8. Defendant SCOTT SHEETS ("SHEETS") is a resident of the State of Michigan. Upon information and belief Defendant SHEETS is a resident of the County of Saint Clair.

9. Defendant MICHAEL EDWARDS ("EDWARDS") is a resident of the State of Michigan. Upon information and belief Defendant EDWARDS is a resident of the County of Saginaw.

10. Defendant PATRICK LEAVECK ("LEAVECK") is a resident of the State of Michigan. Upon information and belief Defendant LEAVECK is a resident of the County of Saginaw.

11. Defendant Best Recovery Services ("BEST") is a Michigan Limited Liability Company that is registered in the state of Michigan and conducts business in the state of Michigan.

12. At all times relevant and material to the facts of this case:

   a. Defendant SCHNEIDER was employed by the Village of Capac as a sworn police officer.

   b. Defendant SEBRING was employed by the Michigan State Police as sworn police officers.

3

c. Defendant SHEETS was employed by the City of Memphis as a sworn police officer.

d. Defendant SCHNEIDER holds the ranking of chief.

e. Defendant SEBRING holds the ranking of trooper.

f. Defendant SHEETS holds the ranking of chief.

g. Defendants SCHNEIDER, SEBRING, and SHEETS are uniformed officers assigned to various duties including patrol duties.

h. Defendants were acting under color of law.

i. None of the officers may not avail themselves to the defense of qualified immunity.

j. Defendants SCHNEIDER, SEBRING, and SHEETS were assigned with the duty and obligation to execute his lawful, statutory duties within the parameters set forth by the constitution and laws of the State of Michigan and of the United States and were not to subject a private citizen, or cause a private citizen to be subjected to the deprivation of any rights, privileges or immunities secured by the Constitution and/or laws of the State of Michigan and/or of the United States.

13. At all times relevant and material to the facts of this case:

a. Defendants EDWARDS and LEAVECK were employed by BEST out of Saginaw, Michigan.

b. BEST is a Michigan Limited Liability Company that offers repossession services.

## STATEMENT OF FACTS

14. Plaintiff ABU-JOUDEH lives at 1283 Capac Road, Berlin, MI 48002 with his wife Yasmeen Abu-Joudeh.

15. On or about November 20, 2014 Defendants EDWARDS and LEAVECK, who were employed by BEST and acting under the company's instruction, arrived at the Plaintiff's residence to repossess a Chevrolet Tahoe for supposed nonpayment.

16. Plaintiff ABU-JOUDEH had been making the car payments but had recently switched to have them automatically withdrawn from his bank.

17. Due to a mix-up with his bank, the car payments were not made on time and therefore appeared to be delinquent.

18. Since Plaintiff had in fact been making the payments, he drove the vehicle into his garage so that it would not be repossessed.

19. Defendants SCHNEIDER, SHEETS, and SEBRING then arrested the Plaintiff on an unrelated domestic matter.

20. Once the Plaintiff was in custody, Defendants SCHNEIDER, SHEETS, and SEBRING went into Plaintiff's garage without probable cause and/or a search warrant.

21. Defendants SCHNEIDER, SHEETS, and SEBRING then allowed Defendants EDWARDS and LEAVECK to enter the Plaintiff's garage and repossess the Chevrolet Tahoe.

## COUNT 1:

## VIOLATION OF U.S.C.A. 4- SEARCH AND SEIZURE WITHOUT PROBABLE CAUSE

21. Plaintiff repeats each paragraph above as if fully set for below.

22. The Fourth Amendment protects individuals from the arbitrary exercise and misuse of governmental power, particularly searches and seizure made without probably cause.

23. At all times relevant and material to the facts of this case Defendants were afforded a reasonable opportunity to deliberate various alternatives prior to electing a course of action.

24. ABU-JOUDEH did not engage in any activities or commence any action that would have justified the search of his garage, as more fully described above.

25. That on the date and the time above referenced, SCHNEIDER, SEBRING, and SHEETS, Jointly and severally, violated the law, the Constitution and

their sworn duty in the act(s) and/or omission(s) attributable to each defendant, as more undertaken with deliberate indifference, and/or with reckless disregard to ABU-JOUDEH'S federally protected rights.

26. The Searches and seizure conducted by Defendants SCHNEIDER, SEBRING, and SHEETS of ABU-JOUDEH'S residence as more fully described above, was objectively unreasonable in light of the facts and circumstances then and there existing, and the law regarding such activity was clearly established at the time.

27. That as a direct and proximate result of the wrongful and unlawful act(s) and or omissions(s) attributable to Defendants SCHNEIDER, SEBRING, and SHEETS, jointly and severally liable, as above described for each count and claim, ABU-JOUDEH suffered emotional distress, and damages, past, and future, including by way of example but not limited to:

   a. Physical pain and suffering;

   b. Emotional distress;

   c. Humiliation, mortification, outrage, and embarrassment;

   d. Mental anguish;

   e. Indignity of suffering incarceration, and prosecution for acts which plaintiff did not commit;

f.  Loss of property and costs associated with replacement or regaining property;

g.  Other physical and emotional injuries and damages and consequences that are found to be related to the incident and events that are the subject of this lawsuit, that develop or manifest themselves during the course of discovery and trial.

## COUNT 2:

## VIOLATION OF 42 U.S. CODE § 1985- CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

28. Plaintiff repeats each paragraph above as if fully set for below.

29. Defendants SCHNEIDER, SEBRING, SHEETS, EDWARDS, LEAVECK, and BEST violated Plaintiff ABU-JOUDEH's civil rights and conspired with others to violate his civil rights when they illegally entered and searched his garage without probable cause.

30. Plaintiff has knowledge that Defendants SCHNEIDER, SEBRING, SHEETS, EDWARDS, LEAVECK, and BEST conspired to violate Plaintiff's rights because they knew or should have known that the search of Plaintiff's garage was illegal.

31. That as a direct and proximate result of the wrongful and unlawful act(s) and or omissions(s) attributable to Defendants SCHNEIDER, SEBRING,

SHEETS, EDWARDS, LEAVECK, and BEST jointly and severally liable, as above described for each count and claim, ABU-JOUDEH suffered emotional distress, and damages, past, and future, including by way of example but not limited to:

a. Physical pain and suffering;

b. Emotional distress;

c. Humiliation, mortification, outrage, and embarrassment;

d. Mental anguish;

e. Indignity of suffering incarceration, and prosecution for acts which plaintiff did not commit;

f. Loss of property and costs associated with replacement or regaining property;

g. Other physical and emotional injuries and damages and consequences that are found to be related to the incident and events that are the subject of this lawsuit, that develop or manifest themselves during the course of discovery and trial.

## **RELIEF REQUESTED**

Plaintiff JIRIES ABU-JOUDEH requests judgment entered against Defendants jointly and severally, in whatever amount he is found to be entitled, to include all compensatory, special, exemplary and/or punitive damages allowed by

statute, case law and court rule(s), as well as the costs of this litigation, interest and reasonable attorney fees.

Respectfully submitted,

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)
Attorney for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI  48226
(313) 963-3377
ben@goneklaw.com

Dated: November 2, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

JIRIES ABU-JOUDEH,

     Plaintiff,                               Case No.

v.                                       Hon.

HEATHER SCHNEIDER,
RICK SEBRING, SCOTT SHEETS,
MICHAEL EDWARDS, PATRICK LEAVECK,
and BEST RECOVERY SERVICES, LLC

     Defendants.

---

BEN M. GONEK (P43716)
Law Offices of Ben Gonek, PLLC
Attorneys for Plaintiff
500 Griswold Street, Suite 2450
Detroit, MI 48226
(313) 963-3377

---

## JURY DEMAND

     Plaintiff, JIRIES ABU-JOUDEH, hereby demands a trial by jury in this matter.

                                     Respectfully submitted,

                                     */s/ Ben M. Gonek*
                                     BEN M. GONEK (P43716)
                                     Attorney for Plaintiff
                                     500 Griswold Street, Suite 2450
                                     Detroit, MI  48226
                                     (313) 963-3377
                                     ben@goneklaw.com

Dated: November 2, 2016

11